UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:21CR 057 |
| | ) | |
| v. | ) | 18 U.S.C. § 514(a)(2) |
| | ) | |
| REGAN RASHAD ATKINS-FRAZIER | ) | -FILED- |
| | ) | MAY 19 2021 |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

On or about April 19, 2021 in the Northern District of Indiana, the defendant,

**REGAN RASHAD ATKINS-FRAZIER,**

with the intent to defraud, did pass, utter, present, and offer, and did cause to be passed, uttered, presented, and offered, within the United States to Team Imports, LLC, a false and fictitious instrument, document, or other item appearing, representing, purporting, and contriving through scheme or artifice to be an actual security or financial instrument issued under the authority of the United States namely a check, number RRAF-09012001, dated April 19, 2021 in the amount of $94,189.11 payable to Team Imports, LLC through the United States Department of Treasury;

1

All in violation of Title 18, United States Code, Section 514(a)(2).

A TRUE BILL:

*/s/ FOREPERSON*
FOREPERSON


GARY T. BELL
ACTING UNITED STATES ATTORNEY


By: */s/ Molly A. Kelley*
Molly A. Kelley
Assistant United States Attorney